IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES TURNER,

    Plaintiff,

vs.                                  CASE NO.:

NATIONAL FIRE & MARINE INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY ("NF&M"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal the following:

1. On December 21, 2022, Plaintiff, JAMES TURNER ("Plaintiff"), filed this action in the Circuit Court of the Ninth Judicial Circuit, in and for Broward County, Florida, Case No. 2022-CA-011486-O ("State Action").

2. On March 10, 2023, NF&M was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

    A.    Civil Cover Sheet;

    B.    Complaint for Damages;

    C.    Plaintiff's Notice of Designation of E-Mail Addresses;

    D.    Plaintiff's Notice of Serving Initial Interrogatories to Defendant;

    E.    Plaintiff's First Request for Admissions to Defendant;

    F.    Plaintiff's First Request for Production to Defendant;

    G.    Order Governing Civil Case Management and Resolution;

    H.    Summons;

    I.    Plaintiff's Notice of Filing Service of Process;

    J.    NF&M's Notice of Appearance and Designation of E-Mail Addresses;

    K.    NF&M's Answer and Affirmative Defenses to Plaintiff's Complaint;

    L.    NF&M's Certification and Notice of Filing Notice of Removal; and

    M.    NF&M's Notice of Removal to Opposing Counsel.

3.    This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

**DIVERSITY OF CITIZENSHIP**

4.    The undersigned ran a public records search on Plaintiff which revealed as follows: (1) Plaintiff has held a Florida driver's license since at least 2008; (2)

Plaintiff owns at least one motor vehicle registered in the State of Florida; and (3) Plaintiff is registered to vote in the State of Florida.

5. Therefore, Plaintiff is a citizen of the State of Florida.

6. At all times material to this action, NF&M was and is incorporated in the State of Nebraska, having its principal place of business in the State of Nebraska. Accordingly, at all times material to this action, NF&M was a citizen of the State of Nebraska. NF&M is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, NF&M has been a foreign corporation doing business in Florida.

7. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

8. Plaintiff submitted a repair estimate in connection with the subject insurance claim in the total amount of $100,604.10. A copy of this estimate is attached hereto as **Exhibit "2."**

9. NF&M has not issued any payments in connection with the subject insurance claim.

10. Thus, the amount in controversy herein is in excess of $75,000.00, exclusive of interest and costs.

11. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiffs and NF&M are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

12.   NF&M has noticed the adverse party, Plaintiff, of this Removal by notifying Plaintiff's attorney of record.  *See* **Composite Exhibit "1."**

13.   NF&M has filed a written notice with the Clerk of the Court of the Ninth Judicial Circuit in and for Broward County, Florida in compliance with 28 U.S.C § 1446 (d).  *See* **Composite Exhibit "1."**

                                          BUTLER WEIHMULLER KATZ CRAIG LLP

                                          s/ D. Grayson Kelly, Esq.
                                          D. GRAYSON KELLY, ESQ.
                                          Florida Bar No.:  86022
                                          gkelly@butler.legal
                                          J. ALEX COUTURE, ESQ.
                                          Florida Bar No.:  1038574
                                          acouture@butler.legal
                                          Secondary   hcaraballo@butler.legal
                                                                     vvlk@butler.legal
                                          400 N. Ashley Drive, Suite 2300
                                          Tampa, Florida  33602
                                          Telephone:   (813) 281-1900
                                          Facsimile:   (813) 281-0900
                                          *Attorneys for Defendant, National Fire & Marine Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

>Leopoldo A. Manzanilla, Esq.
>M.S.P.G. Law Group, P.A.
>770 Ponce de Leon Boulevard, Suite 101
>Coral Gables, FL  33134
>service@mspglawgroup.com
>Attorneys For: Plaintiff

>s/ D. Grayson Kelly
>D. GRAYSON KELLY, ESQ.